FILED
2017 JUN 23 AM 10:13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___ MAD ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| V. | PLAINTIFF | 17-1555M |
| MICHAEL POTERE | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: June 22, 2017  11:50  [X] AM  [ ] PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  [ ] Yes  [X] No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  [X] Yes  [ ] No

4. Charges under which defendant has been booked:
   18 USC 1951(a) - EXTORTION

5. Offense charged is a:  [X] Felony  [ ] Minor Offense  [ ] Petty Offense  [ ] Other Misdemeanor

6. Interpreter Required:  [X] No  [ ] Yes  Language: ___

7. Year of Birth: 1985

8. Defendant has retained counsel:  [X] No
   [ ] Yes  Name: ___  Phone Number: ___

9. Name of Pretrial Services Officer notified: Devon Tompkins

10. Remarks (if any): ___

11. Name: Joseph Hamer  (please print)

12. Office Phone Number: 310-996-4177      13. Agency: FBI

14. Signature: /s/ Joseph Hamer             15. Date: 6/23/2017

CR-64 (2/14)                    REPORT COMMENCING CRIMINAL ACTION